Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DORIS GREEN and<br>CHRISTINA CASERO<br>Individually and on behalf of all other<br>Similarly situated, | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-46 |

     v.

THE SHERATON, LLC and
NFNY HOTEL MANAGEMENT LLC

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Defendants' Motion to Dismiss is Granted.


Date: September 2, 2022                              MARY C. LOEWENGUTH
                                                            CLERK OF COURT


                                                            By: s/Suzanne
                                                                 Deputy Clerk